**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| FELTON L. MATTHEWS, JR., | ) | |
| Petitioner, | ) | 2:11-cv-01443-PMP-GWF |
| vs. | ) | |
| | ) | ORDER |
| WARDEN NEVENS, *et al.*, | ) | |
| Respondents. | ) | |

This action proceeds on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, by petitioner Felton Matthews, a Nevada prisoner. Before the Court is petitioner's Motion to Amend the Order (ECF No. 6) and Motion for Certificate of Appealability (ECF No. 7)

Petitioner present arguments related to the timeliness of his state court motion to modify his sentence, to his in *forma pauperis* status and to the Court's directive that he should bring his issues related to a disciplinary proceeding in a separate petition. Because this petition was dismissed as successive, and for no other reason, his arguments are inapposite and unpersuasive.

The motion to amend the order (ECF No. 6) shall be **denied.** The motion for certificate of appealability (ECF No. 7) shall also be **denied as moot**, where the Court has already determined no certificate of appeal is warranted.

**IT IS SO ORDERED.**

DATED: October 7, 2011.

_____
PHILIP M. PRO
United States District Judge